LUIGIA SCIOLINA, an Infant, by Guardian, Respondent, *v.* THE
ERIE PRESERVING COMPANY, Appellant.

151 623
Case 1
170 307

(Argued October 21, 1896; decided December 1, 1896.)

APPEAL from a judgment of the General Term of the
Superior Court of Buffalo, entered November 3, 1894, which
affirmed a judgment in favor of plaintiff entered upon a verdict.

*Simon Fleischmann* for appellant.

*John C. Hubbell* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

---

BRIDGET McCRUDEN, Respondent, *v.* THE ROCHESTER RAIL-
WAY COMPANY, Appellant.

*McCruden* v. *Rochester Ry. Co.,* 77 Hun, 609, affirmed.
(Argued October 21, 1896; decided December 1, 1896.)

APPEAL from a judgment of the General Term of the
Supreme Court in the fifth judicial department, entered April
13, 1894, which affirmed a judgment in favor of plaintiff
entered upon a verdict, and also affirmed an order denying a
motion for a new trial upon the minutes, and also affirmed an
order granting a motion for judgment for treble damages.

*Charles J. Bissell* for appellant.

*Thomas Raines* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur, except HAIGHT, J., not sitting, and MARTIN, J.,
not voting.